UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mia Terrazas<br><br>                    Plaintiff,<br><br>v.<br><br>Southwest Airlines Co., et al<br><br>                    Defendants. | Case No.  CV 16-09538-AB (RAOx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_100_ days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 18, 2018      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE